UNITED STATES DISTRICT COURT
for the District of Massachusetts

2022 JUL 15 PM 12: 46

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 1:21-Cr-10174-WGY-1
Ryan Ouellette )
)

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, __Ryan Ouellette__, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

[X] Disagreement on strategy;

( ) Failure to obtain a bail appeal;

[X] Lack of understanding between me and my attorney;

[X] Failure to present my best interests;

[X] Other:
   Iv lost faith in my current Attorney to Accurately Represent me and to show me that he is putting forth enough time and effort into my Case.

Date: July 11th 2022

Respectfully submitted,
_Ryan Ouellette_, Pro Se

26 Long Pond Road
Plymouth, MA 02360